| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Oberto, Sheila K. | 2. Court or Organization U.S. District Court - Eastern District of California | 3. Date of Report 7/16/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge (FT) | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

2500 Tulare Street
Suite 1501
Fresno, CA
93721

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oberto, Sheila K. | 7/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oberto, Sheila K. | 7/16/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Personal Loan | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oberto, Sheila K. | 7/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property in LA, CA | E | Rent | | | Sold | 07/15/17 | P1 | G | |
| 2. Rental Property #1 in Ventura, CA | F | Rent | P1 | W | | | | | |
| 3. Rental Property #2 in Ventura, CA (Y) | | | | | | | | | |
| 4. Rental Property in Santa Monica,, CA | C | Rent | O | W | Buy | 08/12/17 | O | | |
| 5. Chase Bank Accounts | A | Interest | N | T | | | | | |
| 6. Wells Fargo Accounts (Y) | | | | | | | | | |
| 7. WestAmerica Bank Accounts | A | Interest | J | T | | | | | |
| 8. Citibank Account (Y) | | | | | | | | | |
| 9. Bank of America Accounts | A | Interest | N | T | | | | | |
| 10. UBS Money Market Account | A | Int./Div. | N | T | | | | | |
| 11. California Bank and Trust (Y) | | | | | | | | | |
| 12. PACE Multi Advisor | | | | | | | | | |
| 13. -- Davis Real Estate Fund (REIT) | B | Dividend | K | T | | | | | |
| 14. --Virtus Multi-Sector (Short Term Bond) | B | Dividend | M | T | | | | | |
| 15. --Nuveen Tradewinds (Large Cap Int'l) | B | Dividend | K | T | | | | | |
| 16. --TCW Galileo Div Focused (Large Cap Value) | B | Dividend | K | T | | | | | |
| 17. --JP Morgan (Mid Cap Value) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oberto, Sheila K. | 7/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --American Funds (Large Cap Growth) | C | Dividend | K | T | | | | | |
| 19. --RS Partners (Small Cap Core) | A | Dividend | J | T | | | | | |
| 20. --Columbia CA Tax Exempt (Investment Grade Muni) | A | Dividend | L | T | | | | | |
| 21. --Invesco Small Cap Value (Short Cap Value) | E | Dividend | L | T | | | | | |
| 22. --Pimco Real Return (Long Term Investment Grade) | A | Dividend | J | T | | | | | |
| 23. --Pimco Total Return (Intermediate Investment Grade Bond) | A | Dividend | J | T | | | | | |
| 24. --Blackrock Equity (Large Cap Value) | C | Dividend | L | T | | | | | |
| 25. --Blackrock Global (Balanced) | B | Dividend | M | T | | | | | |
| 26. --Blackrock Muni (Investment Grade Muni) | A | Dividend | J | T | | | | | |
| 27. --Glodman Sachs (Mid Cap Value) | E | Dividend | M | T | | | | | |
| 28. --Nuveen CA Muni Bond (Investment Grade Bond) | A | Dividend | L | T | | | | | |
| 29. Brokerage Acount #2 | | | | | | | | | |
| 30. -- Bank of America Stock | B | Dividend | K | T | | | | | |
| 31. -- Invesco S & P 500 (MSDW) | B | Dividend | J | T | | | | | |
| 32. -- Nuveen NWQ Multi Cap | A | Dividend | J | T | | | | | |
| 33. Alphabet Inc CL A Stock | A | Dividend | K | T | | | | | |
| 34. Alibaba Stock | A | Dividend | J | T | Buy | 11/29/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oberto, Sheila K. | 7/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amazon.com Inc Stock | A | Dividend | K | T | | | | | |
| 36. Apple Inc. Stock | A | Dividend | J | T | | | | | |
| 37. Bristol Meyers Stock | A | Dividend | J | T | Buy | 06/29/17 | J | | |
| 38. BP Stock | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 39. Colgate Palmolive Stock | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 40. Comcast Corp New CL A Stock | A | Dividend | J | T | | | | | |
| 41. Costco Wholesale Corp Stock | A | Dividend | J | T | | | | | |
| 42. CVS Health Stock | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 43. Danaher Corp. Stock | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 44. Dow Chemical Stock | A | Dividend | J | T | | | | | |
| 45. Eaton Corp. Stock | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 46. Exxon Mobil Corp Stock | A | Dividend | J | T | | | | | |
| 47. Facebook Inc. CL A Stock | A | Dividend | J | T | | | | | |
| 48. Fedex Corp Stock | A | Dividend | J | T | | | | | |
| 49. Genl Elecrtic Co Stock | A | Dividend | J | T | | | | | |
| 50. Honeywell Intl Inc Stock | A | Dividend | J | T | | | | | |
| 51. Ingersoll-Rand PLC | A | Dividend | J | T | Buy | 03/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oberto, Sheila K. | 7/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Johnson & Johnson | A | Dividend | J | T | Buy | 02/15/17 | J | | |
| 53. Koninklijke Philips NV SPON ADR Stock | A | Dividend | J | T | | | | | |
| 54. Lockheed Martin Corp. Stock | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 55. Mattel Inc. Stock | A | Dividend | J | T | Buy | 10/15/17 | J | | |
| 56. Microsoft Corp Stock | A | Dividend | J | T | | | | | |
| 57. Nike Inc. CL B Stock | A | Dividend | J | T | | | | | |
| 58. Northrop Grumman Corp Stock | A | Dividend | J | T | | | | | |
| 59. Nvidia Corp Stock | A | Dividend | J | T | Buy | 11/29/17 | J | | |
| 60. Oracle Corp. Stock | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 61. Pfizer Inc Stock | A | Dividend | J | T | | | | | |
| 62. Raytheon Co. Stock | A | Dividend | J | T | Buy | 11/29/17 | J | | |
| 63. Schlumberger Ltd. Stock | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 64. Siemens Stock | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 65. Take-Two Interactive Stock | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 66. Thermo Fisher Stock | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 67. Unilever Stock | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 68. United Health Group Stock | A | Dividend | J | T | Buy | 05/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oberto, Sheila K. | 7/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Visa Inc. Stock | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 70. Voda Fone Stock | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 71. Walt Disney Co. Stock | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 72. 3M Co. Stock | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 73. United Technologies Corp Stock | A | Dividend | J | T | | | | | |
| 74. Phoenix Home Life: Whole Life Policy (Y) | | | | | | | | | |
| 75. Legg Mason Global Asset Managament-- Clearbridge Int'l Value Fund CL A | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oberto, Sheila K. | 7/16/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Oberto, Sheila K. | 7/16/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheila K. Oberto**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544